John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
ELTON PADILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>GARCIA et al.,<br><br>               Defendants. | Case No.: 2:19 CR 103 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER<br><br>Date:   September 24, 2019<br>Time:   9:15 a.m.<br>Judge:  Honorable John A. Mendez |

    The United States of America through its undersigned counsel, Vincenza Rabenn, Assistant United States Attorney, together with counsel for defendant Manuel Reyes, Philip Cozens, Esq., and counsel for defendant Elton Padilla, John R. Manning, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on September August 6, 2019.

    2.  By this stipulation, the defendants now move to continue the status conference until September 24, 2019 and to exclude time between August 6, 2019 and September 24, 2019 under Local Code T-4 (to allow defense counsel time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

        a.    Currently the United States has provided 295 pages of discovery as well as 14 discs of audio/video.

        b.      Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

        c.      Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.      The Government does not object to the continuance.

        e.      Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

        f.      For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 6, 2019, to September 24, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 31, 2019                      /s/  John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Elton Padilla

Dated: July 31, 2019                      /s/  Philip Cozens
                                          PHILIP COZENS
                                          Attorney for Defendant
                                          Manuel Reyes


Dated: July 31, 2019                      McGregor W. Scott
                                          United States Attorney

                                          /s/  Vincenza Rabenn
                                          Vincenza Rabenn
                                          Assistant United States Attorney



**ORDER**

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.


 Dated: July 31, 2019                     /s/ John A. Mendez
                                          HONORABLE JOHN A. MENDEZ
                                          United States District Court Judge