Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Manuel Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-0103 JAM |
| | ) | |
| Plaintiff, | ) | DEFENDANT REYES' |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | HEARING FOR RULE 35(a) MOTION |
| | ) | TO CORRECT SENTENCING ERROR |
| MANUEL REYES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

     It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Vincenza Rabenn, Esq. and Defendant Manuel Reyes through his attorney Philip Cozens, Esq., that:

     Defendant's Motion Pursuant to Rule 35(a) of the Rules of Criminal Procedure, currently scheduled for July 14, 2020 at 9:15 a.m. in Judge Mendez's Court, be re-scheduled for July 28, 2020 at 9:15 a.m. in Judge Mendez's Court.  The stipulated continuance is necessary because Defendant Reyes's attorney is engaged in a trial in Sacramento Superior Court and unable to be present in District Court to represent Defendant Reyes.

     Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

Time should be excluded from speedy trial calculations from July 14, 2020 through and including July 28, 2020.

It is so stipulated.

Dated: July 10, 2020                    /s/ Vincenza Rabenn, Esq.
                                        Vincenza Rabenn, Esq.
                                        Assistant United States Attorney
                                        Eastern District of California


                                        /s/ Philip Cozens
                                        Philip Cozens
                                        Attorney for Defendant
                                        Manuel Reyes

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Hearing for Defendant's Motion Pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure currently scheduled for July 14, 2020 at 9:15 a.m. in Judge Mendez's Court be re-scheduled for July 28, 2020 at 9:15 a.m. in Judge Mendez's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from July 14, 2020 through and including July 28, 2020.

Dated:   July 13, 2020


                                        /s/ John A. Mendez
                                        John A. Mendez
                                        United States District Court Judge
                                        Eastern District of California